# Court of Appeals
# of the State of Georgia

ATLANTA,  July 26, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1860.  MICHAEL N. BARCHI v. THE STATE.**

Upon consideration of Barchi's Motion for Remand regarding ineffective assistance of counsel and an incomplete record, it is hereby GRANTED regarding ineffective assistance of counsel.  Because this appeal presents the first practicable opportunity for Barchi to raise his ineffective assistance claim, we remand the case to the trial court for a hearing on that claim. Mangrum v. State, 285 Ga. 676, 683(12) (681 SE2d 130) (2009).

As to the incomplete record claim, Barchi specifically claims that the record does not contain a transcript of the hearing conducted on the motion for new trial. However, a review of the record reveals that the motion for new trial hearing transcript is in Volume 9 of the appellate record.  As such, Barchi has not provided support for his claim that the record is incomplete, and thus that claim provides no additional basis for remand.



*Court of Appeals of the State of Georgia*
*Clerk's Office,*
*Atlanta,  07/26/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*